No. 99–5777.   BRENTWOOD *v.* BOEING CO.   C. A. 9th Cir.   Certiorari denied.

No. 99–5778.   AYERS *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 99–5781.   MURRAY *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 99–5786.   ACOSTA-TORRES *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 99–5790.   JACKSON *v.* UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 99–5791.   NEWSOME *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 99–5795.   VILLAMAN-RODRIGUEZ *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 99–5797.   SAINZ-IBARRA *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 99–5801.   STONNER *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 99–5804.   REED *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 99–5805.   MOORE *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 99–5806.   LOMAS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 99–5807.   MITCHELL *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 99–5808.   BAKER *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 99–5809.   CALDWELL *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 99–5810.   CARLIN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.